UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARC RESTELLINI,                                          :

                                                         :        ORDER
                        Plaintiff,                                20 Civ. 4388 (AT) (GWG)
                                                         :

        -v.-

                                                         :

THE WILDENSTEIN PLATTNER INSTITUTE,
INC.,                                                    :

                        Defendant.                       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The Court may decide the dispute raised in Docket 25 without holding a conference.  If
plaintiff wishes to respond to defendant's letter, it may do so by means of a letter filed on or
before September 9, 2020.


        SO ORDERED.

Dated:  September 4, 2020
        New York, New York


                                                         _____
                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge