UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARC RESTELLINI,                                              :
                                                              :     ORDER
                        Plaintiff,
                                                              :     20 Civ. 4388 (AT) (GWG)
        -v.-
                                                              :
THE WILDENSTEIN PLATTNER INSTITUTE,
INC.,                                                         :
                        Defendant.                            :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A discovery conference to resolve the matters raised in Docket ## 25, 30 and 34 shall take place on Tuesday, September 15, 2020, at 10:30 a.m.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: September 14, 2020
      New York, New York

*[signature: Gabriel W. Gorenstein]*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge