

# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
wcharron@pryorcashman.com

September 14, 2020

<u>VIA ECF</u>

**MEMORANDUM ENDORSEMENT**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

RE: <u>Restellini v. The Wildenstein Plattner Institute, Inc.; No. 1:20-cv-4388-AT-GWG</u>

Dear Judge Gorenstein:

We represent defendant/counterclaimant Wildenstein Plattner Institute, Inc. ("WPI") in the above-referenced action. We respectfully submit this letter to request that the Court adjourn the telephonic discovery conference calendared for tomorrow, September 15 at 10:30am to Friday, September 18 at 12:00pm.

WPI's counsel seeks this adjournment due to a previously scheduled oral argument to be held tomorrow morning. This is the first request for an adjournment of this telephonic conference. As instructed by Chambers, we have conferred with counsel for Plaintiff, who is amenable to this adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ William L. Charron*

William L. Charron

cc: All counsel (via ECF)

**Application granted.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 14, 2020**