```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARC RESTELLINI,                              :

                                              :      ORDER
                    Plaintiff,
                                              :      20 Civ. 4388 (AT) (GWG)
     -v.-

                                              :
THE WILDENSTEIN PLATTNER INSTITUTE,
INC.,                                         :

                    Defendant.                :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The conference in this matter currently scheduled for Friday, September 18, 2020, at 12 p.m. is adjourned to Wednesday, September 23, 2020, at 10:00 a.m.

    Each attorney on this case is directed to confirm that all other parties are aware of the adjournment reflected in this Order.

    SO ORDERED.

Dated: September 16, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge