# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2020

October 5, 2020

By ECF and E-mail
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York  10007

Re: Marc Restellini v. The Wildenstein Plattner Institute, Inc.
20 Civ. 4388 (AT) (GWG)

Dear Judge Torres:

On behalf of Marc Restellini, we respectfully submit this letter to inform the Court that the parties have exchanged letters pursuant to Section III.B of the Court's Individual Practices in Civil Cases and to request that the Court so order the schedule set forth below.

On June 9, 2020, Restellini filed the Complaint against Defendant The Wildenstein Plattner Institute. (Dkt. No. 1). On August 14, 2020, WPI answered the Complaint and alleged various counterclaims against Restellini (Dkt. No. 31).

Thereafter, counsel for Restellini and WPI exchanged letters pursuant to Section III.B of the Court's Individual Practices.

The import of that correspondence is that WPI intends "to amend Counts I and II of WPI's Counterclaims by including additional factual allegations, and to discontinue Count III."

The parties also agreed that:

(1) WPI would amend its counterclaims on or before October 14, 2020; and

(2) Restellini would move, answer, or otherwise respond to the amended counterclaims on or before November 10, 2020.

Restellini respectfully requests that the Court so order the proposed schedule.

Respectfully submitted,

/s/

Daniel W. Levy

**McKool Smith**
A Professional Corporation • Attorneys
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York

4846-9472-0717

The Honorable Analisa Torres
October 5, 2020
Page 2

Cc:   All Counsel (by ECF)

GRANTED. By **October 14, 2020**, Defendant shall amend its counterclaims. By **November 10, 2020**, Plaintiff shall answer or otherwise respond to the amended counterclaims.

SO ORDERED.

Dated: October 7, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

4846-9472-0717