UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC RESTELLINI,

                Plaintiff,

-against-

THE WILDENSTEIN PLATTNER INSTITUTE, INC. and FONDS WILDENSTEIN PLATTNER INSTITUTE FRANCE,

                Defendants.

THE WILDENSTEIN PLATTNER INSTITUTE, INC.,

                Counterclaimant,

-against-

MARC RESTELLINI and INSTITUT RESTELLINI SAS – DOCUMENTATION CENTRE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/24/2020__

20 Civ. 4388 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 50 and 54. Accordingly:

1. By **December 30, 2020**, Plaintiff-Counterclaim Defendant Marc Restellini ("Restellini") and Counterclaim Defendant Institut Restellini SAS – Documentation Centre ("Institut") shall file their motion to dismiss the counterclaims.
2. By **January 20, 2021**, Defendant-Counterclaimant the Wildenstein Plattner Institute, Inc., shall file its opposition.
3. By **Febraury 3, 2021**, Restellini and Insitut shall file their reply, if any.

SO ORDERED.

Dated: November 24, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge