UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MARC RESTELLINI,                                :

                                    Plaintiff,           :        ORDER

            -v.-                                            :
                                                               20 Civ. 4388 (AT) (GWG)
THE WILDENSTEIN PLATTNER INSTITUTE,
INC.,                                           :

                                Defendant.          :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court will address the matter raised in Docket # 86 at the conference scheduled for Monday, March 22, 2021, at 11:00 a.m. See Docket # 84. The plaintiff is directed to inform the movant forthwith.

      SO ORDERED.

Dated: March 18, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge