UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC RESTELLINI,

                                        Plaintiff,

                    v.

THE WILDENSTEIN PLATTNER
INSTITUTE, INC., and FONDS
WILDENSTEIN PLATTNER INSTITUTE
FRANCE,

                                        Defendants.

20 Civ. 4388 (AT) (GWG)

---

**SUPPLEMENTAL ORDER REGARDING LETTER OF REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO
THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF
EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS TO
<u>OBTAIN EVIDENCE FROM THE WITNESS IDENTIFIED HEREIN</u>**

**WHEREAS**, on or about September 14, 2021, the parties applied to the Court for

issuance of a Letter of Request to the Ministry of Justice of the Republic of France seeking

permission to take the deposition of several witnesses identified by the parties;

WHEREAS, one of the witnesses identified by the parties was Antoine Van de Beuque

who was represented by the parties to reside in the Principality of Monaco;

WHEREAS, the parties represented that this witness was willing to voluntarily travel to

Paris for the purposes of the deposition sought by the Letter of Request sought by the parties;

WHEREAS, the Court granted the parties' application for issuance of the Letter of

Request on September 14, 2021, and issued the Letter of Request on or about September 24,

2021;

WHEREAS, on or about November 26, 2021, the Ministry of Justice of the Republic of France authorized the Letter of Request with respect to all of the witnesses identified in the Letter of Request with the exception of Mr. Van de Beuque; and

WHEREAS, the parties now represent that Mr. Van de Beuque maintains a residence at 8 rue Murillo, 75008, Paris, France;

NOW, THEREFORE, this Court renews its initial request for the taking of the deposition of Mr. Van de Beuque under the conditions set forth in its Letter of Request, dated September 24, 2021; and further presents its compliments to the Ministry of Justice for its prompt assistance with respect to this renewed request.

SO ORDERED:

_____
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

Dated:  December  22 , 2021