UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARC RESTELLINI                            :

                                           :     ORDER
                    Plaintiff,
                                           :     20 Civ. 4388 (AT) (GWG)

      -v.-                                  :

THE WIDENSTEIN PLATTNER INSTITUTE,         :
INC.
                                           :

                    Defendant.             :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        A discovery conference to resolve the matters raised in Docket # 122 shall take place on
April 4, 2022, at 11:00 a.m. It is the Court's intention to decide the matters raised based on the
parties' letters unless a party has shown good cause in advance of the conference why formal
briefing should be required.

        At the above date and time, the parties shall dial (888) 557-8511 and use access code:
6642374.  (The public may also dial in but will be permitted only to listen.)  When dialing in to
the conference, the parties must be in a quiet indoor location and must not use a speakerphone.
A telephone line and microphone technology with optimal quality should be used.

        The Court will record the proceeding for purposes of transcription in the event a
transcript is ordered.  However, any other recording or dissemination of the proceeding in any
form is forbidden.

        Each attorney or unrepresented party is directed to ensure that all other attorneys or
unrepresented parties on the case are aware of the conference date and time.  In addition, any
requests for an adjournment must be made in compliance with Judge Gorenstein's rules
(available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated: March 23, 2022
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge