```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARC RESTELLINI                                      :
                                                     :    ORDER
                         Plaintiff,
                                                     :    20 Civ. 4388 (AT) (GWG)
       -v.-
                                                     :
THE WILDENSTEIN PLATTNER INSTITUTE,
INC.                                                 :

                                                     :
                         Defendant.
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The time of the conference scheduled for April 4, 2022, is changed to 10:15 a.m.

    SO ORDERED.

Dated: March 31, 2022
       New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge