UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
MARC RESTELLINI                                                 :
                                                                :
                    Plaintiff,                                  :          ORDER
                                                                :
            -v.-                                                :
                                                                :          20 Civ. 4388 (AT) (GWG)
THE WILDENSTEIN PLATTNER                                        :
INSTITUTE, INC.                                                 :
                                                                :
                                                                :
                    Defendant.                                  :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket # 134 will take place on October 14, 2022 at 10:30 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.  A responsive letter should be submitted in accordance with paragraph 2.A of this Court's Individual Practices (if not already submitted).  It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

      Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus.  If appearing in person represents a hardship to any party, that person may file a letter seeking leave to appear remotely.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: September 29, 2022
     New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge