UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
MARC RESTELLINI                                                  :
                                                                 :
                    Plaintiff,                                   :         ORDER
                                                                 :
          -v.-                                                   :
                                                                 :         20 Civ. 4388 (AT ) (GWG)
                                                                 :
THE WILDENSTEIN PLATTNER INSTITUTE,                              :
INC.                                                             :
                                                                 :
                    Defendant.                                   :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery dispute raised in Docket # 159 will take place on Thursday, October 12, 2023 at 10:30 a.m. in Courtroom 219, United States Courthouse, 40 Centre Street, New York, New York.

     This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: October 4, 2023

     New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge