# McKool Smith    

October 5, 2023

By ECF  
The Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Courtroom 6B  
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

      Re:    <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>  
                20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

      This letter is submitted on behalf of all parties ("Parties"), specifically Plaintiff Marc Restellini ("Restellini"), Defendant Wildenstein Plattner Institute, Inc. ("WPI"), and Defendant Fonds Wildenstein Plattner Institute France ("Fonds," and together with WPI, "Defendants").

      The Parties respectfully submit this letter pursuant to the Court's Individual Practices to request an adjournment of the discovery conference ("Conference") currently scheduled for October 12, 2023 at 10:30 a.m. (ECF No. 162.) The Parties are scheduled to depose a witness in this Action on that date.

      The Parties jointly request that the Court adjourn the Conference to October 16, 2023 at 2:00 p.m. We understand from your Honor's chambers that the Court is available at this time.

      No prior requests for an adjournment of the Conference have been sought.

The Honorable Gabriel W. Gorenstein
October 5, 2023
Page 2

                                Respectfully submitted,

                                PRYOR CASHMAN LLP

                                    /s/
       By:    _____
                       William L. Charron
                       Daniel V. Derby
                       Attorneys for Defendants
                       Wildenstein Plattner Institute, Inc. and
                       Fonds Wildenstein Plattner Institute France


                                MCKOOL SMITH P.C.

                                    /s/
       By:    Daniel W. Levy
                Eliza Beeney
                Attorneys for Plaintiff Marc Restellini


Conference adjourned to October 16, 2023, at 2:00 p.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 5, 2023