

June 13, 2024

By ECF
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York  10007-1312

MEMORANDUM ENDORSED

     Re:     <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>
                  20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

     This is a joint letter submitted on behalf of all parties, specifically Plaintiff Marc Restellini, Defendant Wildenstein Plattner Institute, Inc., and Defendant Fonds Wildenstein Plattner Institute France.

     The parties respectfully write to the Court to request a stay of all pending deadlines, in light of their substantial progress towards settlement.  Over the last several weeks, the parties have engaged in extensive mediation sessions and discussions, and believe they are at an agreement in principle.  In light of the foregoing, the parties request a stay of all deadlines.

     By June 28, 2024, the parties intend to notify the Court of the status of their settlement discussions, either by stipulation of dismissal or by letter if they have not resolved the case, in which case they will seek a revised schedule for the completion of discovery.

Respectfully submitted,

PRYOR CASHMAN LLP

                      */s/ William L. Charron*

By: _____
          William L. Charron
          Daniel V. Derby
          Attorneys for Defendants
          Wildenstein Plattner Institute, Inc. and
          Fonds Wildenstein Plattner Institute France

Hon. Gabriel W. Gorenstein
June 12, 2024
Page 2


                                        McKool Smith P.C.


                                            */s/ Daniel W. Levy*

                                        _____

                                By:     Daniel W. Levy
                                        Eliza Beeney
                                        Attorneys for Plaintiff Marc Restellini


Cc:     All Counsel (by ECF)



The stay of deadlines is granted.  The parties shall report on the status of
settlement by letter filed on or before June 28, 2024.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 13, 2024