# McKool Smith     Pryor Cashman LLP

June 28, 2024

By ECF
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

MEMORANDUM ENDORSED

      Re:    <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>
              20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

    This is a joint letter submitted on behalf of all parties, specifically Plaintiff Marc Restellini, Defendant Wildenstein Plattner Institute, Inc., and Defendant Fonds Wildenstein Plattner Institute France.

    Pursuant to the parties' letter to the Court and the Court's June 13, 2024 order, *see* Dkts. 176, 177, the parties respectfully write to the Court regarding the status of their settlement discussions.

    Over the last two weeks, the parties have continued to make substantial progress towards settlement. They believe they are in agreement on nearly all settlement terms, but including due to pre-planned vacation and trial schedules of counsel, have not yet been able to finalize their settlement and execute a settlement agreement.

    The parties therefore respectfully request a continued stay of all deadlines, and an additional month to conclude their settlement discussions. By July 29, 2024, the parties intend to notify the Court of the status of their settlement discussions, either by stipulation of dismissal or by letter if they have not resolved the case.

                                   Respectfully submitted,

                                   Pryor Cashman LLP

                                   */s/ William L. Charron*
              By:  _____
                                   William L. Charron
                                   Daniel V. Derby
                                   Attorneys for Defendants

Hon. Gabriel W. Gorenstein
June 28, 2024
Page 2

          Wildenstein Plattner Institute, Inc. and
          Fonds Wildenstein Plattner Institute France

          McKool Smith P.C.

          */s/ Daniel W. Levy*

By:  Daniel W. Levy
      Eliza Beeney
      Attorneys for Plaintiff Marc Restellini

Cc:    All Counsel (by ECF)

The stay of deadlines is granted. The parties shall report on the status of settlement by letter filed on or before July 29, 2024.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 1, 2024