

September 5, 2024

By ECF

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York  10007-1312

       Re:     <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>
                 20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

       This is a joint letter submitted on behalf of all parties to inform the Court of the parties' progress toward settlement and to request a further stay of all deadlines to permit the parties to complete the settlement process.

       The parties have made substantial progress toward settlement.  Currently, the parties are in the process of exchanging revised drafts of their settlement agreement and negotiating the details of certain terms in order to finalize same.  The process has been moving forward productively, but the timeline has been extended due in part to holiday and vacation schedules (both European holiday schedules and U.S. counsel's vacation schedules in August).

       The JAMS mediator who was instrumental in getting the parties to this point in the settlement process remains closely involved.

       Accordingly, the parties jointly request that the Court continue the stay of all pending deadlines until October 18, 2024, to permit the parties to finalize and execute their settlement agreement.  The Court previously granted a stay of all pending deadlines on June 13, 2024, July 1, 2024, and July 29, 2024, and adjourned a previously scheduled conference *sine die*.  (ECF Nos. 177, 179, 181, 183.)

The Honorable Gabriel W. Gorenstein
September 5, 2024
Page 2

                                                   Respectfully submitted,

                                                   PRYOR CASHMAN LLP

By:    /s/
            William L. Charron
            Daniel V. Derby
            Attorneys for Defendants
            Wildenstein Plattner Institute, Inc. and
            Fonds Wildenstein Plattner Institute France

            MCKOOL SMITH P.C.

By:    /s/
            Daniel W. Levy
            Eliza Beeney
            Attorneys for Plaintiff Marc Restellini

Granted. Report due October 18, 2024.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 6, 2024