

October 18, 2024

<u>By ECF</u>
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York  10007-1312

MEMORANDUM ENDORSED

   Re:  <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>
       20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

  This is a joint letter submitted on behalf of all parties.

  On June 28, 2024, the parties reported to the Court that they were making substantial progress towards a settlement agreement.  At their request, the Court continued the stay of all deadlines and permitted the parties additional time to continue their settlement discussions.  *See* ECF No. 178-179.  The Court also adjourned *sine die* a conference that had been scheduled before it.  ECF No. 180-181.  Upon the parties' joint request, the Court extended the stay of deadlines through October 18.  *See* ECF Nos. 183, 185.

  The parties have made very substantial progress in drafting a settlement agreement.  They have done so with the involvement of the mediator that they retained to facilitate their settlement discussions.  The parties are close to having a final settlement agreement.

  Accordingly, the parties jointly request that the Court continue the stay previously ordered until November 8, 2024, to permit the parties to finalize their settlement agreement.

         Respectfully submitted,

         PRYOR CASHMAN LLP


         */s/ William L. Charron*

    By:  _____
         William L. Charron
         Daniel V. Derby
         Attorneys for Defendants
         Wildenstein Plattner Institute, Inc. and
         Fonds Wildenstein Plattner Institute France

4862-0780-7217

Hon. Gabriel W. Gorenstein
October 18, 2024
Page 2

McKool Smith P.C.

*/s/ Daniel W. Levy*

_____

By:   Daniel W. Levy
      Eliza Beeney
      Attorneys for Plaintiff Marc Restellini

Granted. Report due November 8, 2024.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 18, 2024

4862-0780-7217