

December 19, 2024

By ECF
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

MEMORANDUM ENDORSED

Re:  Marc Restellini v. The Wildenstein Plattner Institute, Inc.
     20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

This is a joint letter submitted on behalf of all parties.

The parties have previously provided various updates regarding their settlement discussions and, based on those discussions, the Court has stayed and, thereafter, continued the stay, of various litigation-related deadlines. The most recent stay expires on December 20, 2024. *See* ECF No. 177, 179, 181, 183, 185, 187, 189.

Since the parties' last update to the Court, ECF No. 188, the parties have expended very significant efforts to finalize a settlement agreement. Most recently, over this past weekend, the parties conducted a two-day settlement discussion, with the assistance of the JAMS mediator who has been closely involved throughout the settlement process.

The parties are very close to finalizing a settlement agreement and are working through what they hope are final details that, they further hope, will be resolved in the coming days and weeks, recognizing that there could be some delay as a result of the holidays. Thereafter, they hope to obtain signatures.

Based on the foregoing, the parties jointly request that the Court continue the stay until January 13, 2025, to permit the parties to finalize their settlement agreement.

                                            Respectfully submitted,

                                            PRYOR CASHMAN LLP

                                            */s/ William L. Charron*
By:                                     _____
                                            William L. Charron
                                            Daniel V. Derby
                                            Attorneys for Defendants

4912-1156-3528

Hon. Gabriel W. Gorenstein
December 19, 2024
Page 2

                                                        Wildenstein Plattner Institute, Inc. and
                                                        Fonds Wildenstein Plattner Institute France
                                                        McKool Smith P.C.

                                                                */s/ Daniel W. Levy*

By:   Daniel W. Levy
       Eliza Beeney
       Attorneys for Plaintiff Marc Restellini

Granted. Report due January 13, 2025.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 20, 2024

4912-1156-3528