

MEMORANDUM ENDORSED

February 14, 2025

By ECF
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

      Re:    <u>Marc Restellini v. The Wildenstein Plattner Institute, Inc.</u>
                20 Civ. 4388 (AT) (GWG)

Dear Judge Gorenstein:

      This is a joint letter submitted on behalf of all parties.

      The parties have previously provided various updates regarding their settlement discussions and, based on those discussions, the Court has stayed and, thereafter, continued the stay, of various litigation-related deadlines. The most recent stay expires on February 14, 2025. *See* ECF No. 177, 179, 181, 183, 185, 187, 189, 191, 193.

      Since the parties' last update to the Court, the parties have expended very significant efforts to finalize a settlement agreement and are very close to doing so. The parties are now working through what they hope are final details. The principal issues that remain concern the process the parties will follow in connection with the identification of the numerous physical and electronic documents at issue to actually implement the terms of the settlement. The parties are endeavoring to design a process that will be both executable and will minimize future disputes between them. The Court will recall the materials at issue in this litigation consist of a large repository of paper and electronic documents.

      Throughout this process, the parties have retained, and extensively utilized the assistance of, a JAMS mediator who has been closely involved.

      Based on the foregoing, the parties jointly request that the Court continue the stay until March 14, 2025, to permit the parties to finalize their settlement agreement.

Hon. Gabriel W. Gorenstein
February 14, 2025
Page 2

                              Respectfully submitted,

                              PRYOR CASHMAN LLP

                                      */s/ William L. Charron*
By: _____
                              William L. Charron
                              Daniel V. Derby
                              Attorneys for Defendants
                              Wildenstein Plattner Institute, Inc. and
                              Fonds Wildenstein Plattner Institute France

                              MCKOOL SMITH P.C.

                                        */s/ Daniel W. Levy*
By: _____
                              Daniel W. Levy
                              Eliza Beeney
                              Attorneys for Plaintiff Marc Restellini

Extension of the stay of deadlines through and including March 14, 2025, is granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 14, 2025

4912-1156-3528
4908-6216-3483