UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC RESTELLINI,

Plaintiff,

v.

THE WILDENSTEIN PLATTNER INSTITUTE, INC. and FONDS WILDENSTEIN PLATTNER INSTITUTE – FRANCE,

Defendants.

20 Civ. 4388 (AT) (GWG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Marc Restellini and Defendants The Wildenstein Plattner Institute, Inc. and Fonds Wildenstein Plattner Institute France stipulate to dismissal of this action, and all claims and counterclaims asserted in this action, with prejudice and with all parties to bear their own costs.

Dated: New York, New York
May 30, 2025

MCKOOL SMITH P.C.

By: /s/
Daniel W. Levy
Eliza Beeney

*Attorneys for Plaintiff Marc Restellini*

PRYOR CASHMAN LLP

By: */s/*
William L. Charron
Megan E. Noh
Daniel V. Derby

*Attorneys for Defendants*
*The Wildenstein Plattner Institute, Inc. and*
*Fonds Wildenstein Plattner Institute France*

SO ORDERED:

___________________________________
The Honorable Analisa Torres
United States District Judge

Dated: May ____, 2025