UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC RESTELLINI,<br><br>                              Plaintiff,<br><br>v.<br><br>THE WILDENSTEIN PLATTNER INSTITUTE, INC. and FONDS WILDENSTEIN PLATTNER INSTITUTE – FRANCE,<br><br>                              Defendants. | 20 Civ. 4388 (AT) (GWG) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Marc Restellini and Defendants The Wildenstein Plattner Institute, Inc. and Fonds Wildenstein Plattner Institute France stipulate to dismissal of this action, and all claims and counterclaims asserted in this action, with prejudice and with all parties to bear their own costs.

4858-4224-5077

Dated: New York, New York
June __2__, 2025

McKool Smith P.C.

By: _____
Daniel W. Levy
Eliza Beeney

*Attorneys for Plaintiff Marc Restellini*

Pryor Cashman LLP

By: _____
William L. Charron
Megan E. Noh
Daniel V. Derby

*Attorneys for Defendants
The Wildenstein Plattner Institute, Inc. and
Fonds Wildenstein Plattner Institute France*

SO ORDERED:

_____
The Honorable Analisa Torres
United States District Judge

Dated: June ____, 2025

4858-4224-5077