AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET<br>NEW YORK, NY 10007 |
|---|---|---|
| DOCKET NO.<br>20-CV-4388 | DATE FILED<br>6/8/2020 | |
| PLAINTIFF<br>Marc Restellini | | DEFENDANT<br>The Wildenstein Plattner Institute, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Unregistered foreign works, see Compl. ¶¶ 35, 36, | Marc Restellini |
| 2 | 70-71 | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Tammi M. Hellwig | (BY) DEPUTY CLERK<br>/s/ T. Pisarczyk | DATE<br>06/04/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC RESTELLINI,<br><br>         Plaintiff,<br><br>  v.<br><br>THE WILDENSTEIN PLATTNER INSTITUTE, INC. and FONDS WILDENSTEIN PLATTNER INSTITUTE – FRANCE,<br><br>         Defendants. | 20 Civ. 4388 (AT) (GWG) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Marc Restellini and Defendants The Wildenstein Plattner Institute, Inc. and Fonds Wildenstein Plattner Institute France stipulate to dismissal of this action, and all claims and counterclaims asserted in this action, with prejudice and with all parties to bear their own costs.

4858-4224-5077

Dated: New York, New York
June __2__, 2025

By: _____
McKOOL SMITH P.C.

Daniel W. Levy
Eliza Beeney

*Attorneys for Plaintiff Marc Restellini*

By: _____
PRYOR CASHMAN LLP

William L. Charron
Megan E. Noh
Daniel V. Derby

*Attorneys for Defendants
The Wildenstein Plattner Institute, Inc. and
Fonds Wildenstein Plattner Institute France*

SO ORDERED:

_____
The Honorable Analisa Torres
United States District Judge

Dated: June ____, 2025

2

4858-4224-5077